UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAMPAGNE, et al | CIVIL ACTION |
| VERSUS | NO: 21-476 |
| M/V UNCLE JOHN, et al | SECTION: "A" |

### NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed in conjunction with a **Motion for Release or to Determine Value (#61)**, scheduled for submission before the district judge in this matter. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

8/4/2021

JAMES CRULL, FOR THE COURT
CASE MANAGER SECTION A
james_crull@laed.uscourts.gov