MINUTE ENTRY
VAN MEERVELD
November 18, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT M. CHAMPAGNE III, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 21-476 |
| VERSUS | * * | SECTION: "A" (1) |
| M/V UNCLE JOHN, ET AL., *Defendants* | * * * * | JUDGE JAY C. ZAINEY MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held on Thursday, November 18, 2021.

PRESENT FOR:

    *Plaintiff:*    Robert Stassi, Andrew Brien, Robert Champagne

    *Defendants:*
- *Alexis:*    Craig Brewer, Michael Alexis, Danielle Kidwell, Kyle Smith
- *RLI:*    Alan Ezkovich, Dana Kanellakes
- *A&T:*    Harry Morse

Negotiations were successful and resulted in a partial settlement. The settlement of all claims of Plaintiffs, Robert M. Champagne, III and Elizabeth G. Champagne, against all parties were settled. The settlement was recorded. All cross claims among Defendants remain unresolved. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this portion of the matter to an amicable resolution.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 03:30