UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT M. CHAMPAGNE III and ELIZABETH G. CHAMPAGNE** | **CIVIL ACTION NO: 2:21-cv-00476 A - 1** |
| **VERSUS** | |
| **M/V/UNCLE JOHN (Official No. 545297) Her engines, machinery, tackle, appurtenances Furniture, apparel, etc** *in rem;* **A & T MARITIME LOGISTICS, INC.,** *In personam;* **and ALEXIS MARINE, LLC** *in personam* | **DISTRICT JUDGE HON JAY C ZAINEY** **MAGISTRATE JUDGE HON JANIS van MEERVELD** |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel of record for A&T Maritime Logistics, Inc. A&T Maritime, through its principal, has given written consent to withdrawal. Furthermore, counsel has complied with the requirements of Local Rule 83.2.11.

The withdrawal is necessitated because A&T Maritime is without means to compensate counsel, and because, with the resolution of the plaintiffs' case and the vessel arrest, the scope of undersigned counsel's representation is significantly resolved. A&T Maritime has sought to obtain other counsel but has been unable to do so.

A&T Maritime has two principals, one of whom is Tayhika (TJ) Manuel. His phone number is 504-450-8663, and his business address is 2340 Lapalco Blvd, Harvey, LA 70058.

Trial in this matter is currently scheduled for April 25, 2022, and a final pretrial conference is scheduled for April 7, 2022 at 12:30 p.m.

Undersigned counsel moves this Court for leave to withdraw. Counsel has sought consent from all parties involved, and all parties consent to this withdrawal.

**DATED**: December 3, 2021

                        Respectfully submitted:

                        **BOHMAN | MORSE, LLC**

                        /s/Harry E. Morse
                        HARRY E. MORSE (#31515)
                        MARTIN S. BOHMAN (#22005)
                        400 POYDRAS STREET, SUITE 2050
                        NEW ORLEANS, LA  70130
                        TELEPHONE: (504) 930-4009
                        FAX: (888) 217-2744
                        E-MAIL: HARRY@BOHMANMORSE.COM
                        E-MAIL: MARTIN@BOHMANMORSE.COM