UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT M. CHAMPAGNE III and ELIZABETH G. CHAMPAGNE** | **CIVIL ACTION NO: 2:21-cv-00476 A - 1** |
| **VERSUS** | |
| **M/V/UNCLE JOHN (Official No. 545297)** Her engines, machinery, tackle, appurtenances Furniture, apparel, etc *in rem;* A & T MARITIME LOGISTICS, INC., *In personam;* and ALEXIS MARINE, LLC *in personam* | **DISTRICT JUDGE HON JAY C ZAINEY** **MAGISTRATE JUDGE HON JANIS van MEERVELD** |

## LOCAL RULE 83.2.11 CERTIFICATE

Undersigned counsel certifies that he has complied with Local Rule 83.2.11. Counsel has informed A&T Maritime of all pending deadlines and provided him with a copy of this Court's scheduling order, along with this motion, as shown in the attached correspondence sent via certified mail and via email.

**DATED**: December 3, 2021

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

*Attorneys for A & T Maritime Logistics, Inc.*