UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT M. CHAMPAGNE III and ELIZABETH G. CHAMPAGNE** | **CIVIL ACTION NO: 2:21-cv-00476 A - 1** |
| **VERSUS** | |
| **M/V/UNCLE JOHN (Official No. 545297) Her engines, machinery, tackle, appurtenances Furniture, apparel, etc** *in rem;* **A & T MARITIME LOGISTICS, INC.,** *In personam;* **and ALEXIS MARINE, LLC** *in personam* | **DISTRICT JUDGE HON JAY C ZAINEY** **MAGISTRATE JUDGE HON JANIS van MEERVELD** |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

Considering the foregoing motion to withdraw as counsel of record;

The motion is GRANTED. Bohman Morse LLC is hereby withdrawn as counsel of record for A&T Maritime Logistics, Inc.

New Orleans, Louisiana, this ___ day of December, 2021

_____
UNITED STATES DISTRICT JUDGE