

# BOHMAN | MORSE
bespoke representation
400 POYDRAS STREET, SUITE 2050, NEW ORLEANS, LA 70130

HARRY E. MORSE
PHONE: (504) 930-4030
FAX: (888) 217-2744
HARRY@BOHMANMORSE.COM

December 3, 2021

*Via Certified Mail and Email*
A&T Maritime Logistics, Inc.
2340 Lapalco Blvd., Ste. D
Harvey, LA 70058

Re:   Champagne vs M/V Uncle John, et al.
      Case No.: 2:21-cv-00476-JCZ-JM
      U.S. District Court, Eastern District of Louisiana

Dear TJ:

Following up on our conversations and exchanges on the topic, please allow this correspondence to confirm I am withdrawing as counsel for A&T Maritime, for which you have given me written consent.

I am attaching to this correspondence a copy of the motion I have filed to withdraw. I am also filing with this motion a copy of the Court's scheduling order. The case is pending in front of Judge Zainey in the Eastern District of Louisiana, at 500 Poydras St., New Orleans, Louisiana, 70130.

Please be advised that trial is scheduled for April 25, 2022. Please further be advised that a final pretrial conference is scheduled for April 7, 2022 at 12:30 p.m. There are no other scheduled conferences at this time.

Sincerely,

HARRY E. MORSE

HEM/acf
Enclosure(s)

CC:         None

Our File No.:4034-002