# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | CIVIL ACTION |  |
| **Robert M. Champagne, III**, *et al.* | No. | 21-CV-476 |
| versus | Section: | A |
| M/V UNCLE JOHN, *et al.* | Judge: | Zainey |
|  | Magistrate Judge: | van Meerveld |

**Opposition to Alexis Marine's Motion to Compel [R. Doc. 117] filed by RLI Insurance Company**

RLI Insurance Company advises the Court that it has responded to Alexis Marine's discovery requests, and suggests to the Court that Alexis Marine's motion to compel [R. Doc. 117] is now moot.

> **EZKOVICH & CO., LLC**
> Alan D. Ezkovich (# 1865), T.A.
> Dorothy L. Tarver (# 29714)
> 650 Poydras Street, Suite 1220
> New Orleans, Louisiana 70130
> Telephone:   (504) 593-9899
> Facsimile:    (504) 593-9048
> Email:    Alan.Ezkovich@EzkovichLaw.com
>             Dorothy.Tarver@EzkovichLaw.com
>
> By:   /s/ *Alan D. Ezkovich* (E-Signed)
>           Alan D. Ezkovich
>      Attorneys for RLI Insurance Company